IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TIMOTHY SCOTT BUCK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:13CV591 |
| v. | ) | 1:10CR430-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On July 25, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 20 and 21.) On August 12, 2013, Petitioner filed a Satisfaction of the United States Magistrate Judge's Order and Recommendation which will be construed as objections to the Recommendation (Doc. 22). Petitioner simultaneously filed a corrected Petition under 28 U.S.C. § 2255 (1:13CV723), which is proceeding on the court's docket.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that this action be, and is hereby, dismissed without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms, correcting the defects set out in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of April, 2015.

_____
United States District Judge